IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**FORTUNAT BELLOT,**

    **PETITIONER,**

vs.                                               Case No. 4:12cv294-SPM/CAS

**JANET NAPOLITANO,**
**ERIC H. HOLDER, JR.,**

    **RESPONDENTS.**

_____/


## AMENDED REPORT AND RECOMMENDATION

This case was initiated in this Court on June 15, 2012, and a report and recommendation was entered on June 25, 2012.  Doc. 3.  The recommendation made was to transfer this case to the Western District of Louisiana.  Doc. 3.  That report and recommendation has been returned to the Court as undeliverable.  Doc. 4.

The pro se Petitioner initiated this case by submitting a petition for writ of habeas corpus pursuant to § 2241, asserting entitlement to release from detention pursuant to Zadvydas v. Davis.  Doc. 1.  Petitioner stated in the body of the petition that he was detained at the Krome Service Processing Center, *Id.*, at 1, but at the end of the petition, his return address was listed as being in Basile, Louisiana.  *Id.*, at 5.  Because it appears that Petitioner is not detained within the Northern District of Florida, this case

should not proceed in this Court and the recommendation was made to transfer. However, in light of the mail return, doc. 4, the Online Detainee Locator System, provided by the Department of Homeland Security, was reviewed and it now indicates that Petitioner is "not in custody." Therefore, this amended report and recommendation is entered to recommend dismissal of this petition without prejudice. It appears that Petitioner has abandoned this litigation because he has not advised of his correct address and he does not appear to be in the custody of the Department of Homeland Security.

It is respectfully **RECOMMENDED** that this petition for writ of habeas corpus under 28 U.S.C. § 2241 be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on July 13, 2012.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**