IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FORTUNAT BELLOT,

    Petitioner,

v.                                                       Case No. 4:12cv294-SPM/CAS

JANET NAPOLITANO and
ERIC H. HOLDER, JR.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court for consideration of the Magistrate Judge's Amended Report and Recommendation (doc. 5) which recommends that the petition be dismissed without prejudice. The Report and Recommendation was sent to Petitioner to afford him an opportunity to file objections, however, the Report was returned as undeliverable. It is Petitioner's obligation to provide the Court with updated address information. Accordingly, the Magistrate Judge recommends that this case be dismissed without prejudice because it appears Petitioner has abandoned this litigation. Upon consideration, I have determined that the Amended Report and Recommendation is accurate and should be adopted.

    Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Amended Report and Recommendation (doc. 5) is **adopted** and incorporated by reference into this order; and

2. This case is dismissed without prejudice.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this 26th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge